No. 73–5549. POLLARD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5628. HENDERSON *v.* HALBERT, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5665. GUERRERO ET AL. *v.* SWOAP, DIRECTOR, DEPARTMENT OF SOCIAL WELFARE, ET AL. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5733. FITTS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–760. TOMOW ET AL. *v.* MENOMINEE ENTERPRISES, INC., ET AL. Sup. Ct. Wis. Motions of National Congress of American Indians et al. and Association on American Indian Affairs, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–772. DALY ET AL. *v.* NATURAL RESOURCES BOARD. Sup. Ct. Wis. Motion of National Congress of American Indians et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1558. STEIN, ADMINISTRATRIX, ET AL. *v.* LEWISVILLE INDEPENDENT SCHOOL DISTRICT ET AL., *ante,* p. 948. Motion for leave to file petition for rehearing denied.